# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 4, 2026

Lyle W. Cayce
Clerk

———————

No. 25-30107

———————

Apex Hospitality Group, L.L.C.,

*Plaintiff—Appellee*,

*versus*

Independent Specialty Insurance Company,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-2060

———————————————————

Before Haynes, Duncan, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Relying on the Convention on the Recognition and Enforcement of Arbitral Awards (the Convention), a domestic insurer sued seeks to compel an American company to arbitrate a dispute concerning a surplus line insurance policy covering property in Louisiana. During the pendency of this appeal, our court affirmed a district court's application of Louisiana law to a materially identical policy in a factually similar case. *See Town of Vinton v.*

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30107

*Indian Harbor Ins. Co.*, 161 F.4th 282, 288 (5th Cir. 2025). Like *Town of Vinton*, this case involves a lawsuit against a domestic insurer and does not include the foreign insurer, so that issue is not in play. Accordingly, we must follow that case.

AFFIRMED.